```
Case 1:20-cv-02040-LJL   Document 16   Filed 01/08/21   Page 1 of 1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KENNETH CERNEY,                                                    :
:
                        Plaintiff,                                 :
:                              20-cv-2040 (LJL)
        -v-                                                        :
:                              ORDER
DELTA AIR LINES, INC.,                                             :
:
                        Defendant.                                 :
:
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/7/2021
```

LEWIS J. LIMAN, United States District Judge:

As discussed at the post-discovery status conference on January 7, 2021, the Court GRANTS a thirty (30) day extension for the submission of summary judgment motions and joint pretrial order to allow the parties to engage in settlement discussions. The parties shall bring any motions for summary judgment by February 12, 2021 and the joint pretrial order by March 1, 2021.

SO ORDERED.

Dated: January 7, 2021
       New York, New York                      _____
                                                      LEWIS J. LIMAN
                                               United States District Judge